IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| Keith Dougherty | : | |

### ORDER FOR BENCH WARRANT

AND NOW, this  18TH  day of  JULY  , 2024, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

/S/ PAMELA A. CARLOS
───────────────────────
HONORABLE PAMELA CARLOS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| Keith Thomas Dougherty | : | |

MOTION FOR BENCH WARRANT

AND NOW, this _____ day of _____, 2024, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Joseph A. Labar, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


_s/Joseph A. Labar_____
Joseph A. Labar
Assistant United States Attorney